NP18044234

# United States District Court
## Violation Notice

VI30

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6635467 | Rodriguez | 067 |

6635467

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR □ USC □ State Code |
|---|---|
| 4/9/18  1230 | 36 CFR 4,12 |

Place of Offense

Company Street · Christiansted

Offense Description: Factual Basis for Charge                    HAZMAT □

No Parking zone

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Scott | Daniel | |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| CFQ 462 | VI | | Toyota / Tond | | white |

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 75.00        Forfeiture Amount
              + $30 Processing Fee

PAY THIS AMOUNT →   $ 105.00   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)        Original - CVB Copy

CVB SCAN 04/27/2018 12:57

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

□ my personal observation          □ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
        Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
        Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/27/2018 12:57